THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE GLASCO, Appellant. [639 NYS2d 723]

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of rape in the first degree and sexual abuse in the first degree beyond a reasonable doubt (*see,* Penal Law § 130.35 [3]; § 130.65 [3]; *People v Hobot,* 200 AD2d 586, *affd* 84 NY2d 1021; *People v Crandall,* 53 AD2d 956, *affd* 45 NY2d 851). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant was afforded meaningful representation of counsel (*see, People v Hobot, supra,* 84 NY2d 1021).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Tardbania,* 72 NY2d 852; *People v Hoke,* 62 NY2d 1022) and we decline to reach them in the exercise of our interest of justice jurisdiction (*see,* CPL 470.15 [6]). Balletta, J. P., Joy, Krausman and Florio, JJ., concur.